UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VO DAT DUONG (A-Number: 072-637-617),<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Respondents. | No.  1:26-cv-00696-DC-JDP (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 15.  On May 12, 2026, Respondents filed objections to the findings and recommendations.  ECF No. 16.  Respondents object for the same reasons as discussed in their prior briefing.  *Id.*  Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-*

1

*Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 5, 2026 are ADOPTED in full;

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Respondents are ordered to immediately release Petitioner (A-Number: 072-637-617) from their custody;

4. Respondents are enjoined and restrained from re-detaining Petitioner absent strict compliance with 8 C.F.R. § 241.13(i);

5. The Clerk of Court is directed to serve Golden State Annex Detention Facility with a copy of this order; and

6. The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 14, 2026**                                    _____

Dena Coggins
United States District Judge

2